# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 2 0 2009

JAMES N. HATTEN, Clerk
By: White Deputy Clerk

| | | |
|---|---|---|
| Mark Rice<br>d/b/a Games To Remember<br>785 Olde Clubs Drive<br>Alpharetta, Georgia  30022 | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) ) | NO. **1 09-cv-3254** |

Brand Imports, L.L.C.
7782 E. Greenway Road
Scottsdale, AZ.  85260

Desert Sky Graphics, Inc.
34522 N Scottsdale Rd
D-8 #486
Scottsdale, AZ  85266

Dax Logue
7782 E. Greenway Road
Scottsdale, AZ.  85260

Lauri S. Logue
7782 E. Greenway Road
Scottsdale, AZ 85260

      Defendants

## COMPLAINT

Mark Rice, d/b/a Games To Remember ("Rice") , Plaintiff , hereby files this Complaint against Defendants Brand Imports L.L.C. ("Brand Imports"), Desert Sky Graphics Inc ("Desert Sky"), Dax Logue, and Lauri S. Logue and respectfully shows the Court as follows:

## JURISDICTION

### 1.

This action is founded on diversity of citizenship jurisdiction, 28 U.S.C. 1332, 1392 (c) . The amount in controversy exceeds $100,000.00, exclusive of interest and costs.

### 2.

This is an action for infringement of rights granted under the Federal Trademark Act of 1946 (15 USC 1051 et seq.). Specifically, the action arises under Section 32(1) of the Act (15 USC 1114 (1) ), and seeks relief under the Section and under Sections 34 and 35 of the Act (15 USC 1116, 1117).

### 3.

This Court has jurisdiction pursuant to Section 39 of the Act (15 USC 1121) and pursuant to 28 USC 1338 (a)(b).

## PARTIES

### 4.

Plaintiff Mark Rice d/b/a Games To Remember resides at 785 Olde Clubs Drive, Alpharetta, Georgia  30022.

### 5.

Brand Imports LLC  is an Arizona Limited Liability Company . Defendant Brand Imports  may be served with process through its registered agent,  Mark R Allen, 393 E Palm LN, Phoenix, AZ 85004.  Desert Sky Graphics Inc is an Arizona Corporation. Defendant Desert Sky may be served with process through its registered agent, Mark R Allen, 393 E Palm LN, Phoenix, AZ  85004.  Dax Logue and Lauri Logue are individuals and may be served with process at their business offices, 7782 E. Greenway Road, Scottsdale, AZ  85260.

## STATEMENT OF FACTS

### 6.

Rice is engaged in the production of board games,  card games and accessories.  One particular theme that encompasses Rice's business is a

"ZOO" theme. Since 1997, Rice has introduced and trademarked

"ZOOFARI®", "ZOO MANIA®", "ZOO®", "FUNKY MONKEYS®",

"TOP BANANA®", "ZOO PALS™", "ZOO PARTY™", "A DAY AT THE

ZOO™", "PAW PRINTS™", "ZOO FRIENDS™", and "ZOO KEEPER™".

## 7.

Since 1996, Rice has been engaged in the manufacture and sale of

board games, card games, and accessories with the "ZOO" theme, one such

product being "ZOO MANIA®", and such manufacture and sale has

extended throughout the United States and foreign countries.

## 8.

Since 1996, Rice has manufactured board games, card games and

accessories with both "ZOO MANIA®" and "ZOO®" as part of his

product line. Rice is also introducing an additional series of card games,

board games, and accessories with the heading "ZOO MANIA®" and

"ZOO®" as the dominant theme.

## 9.

Rice filed an application with the United States Patent and Trademark

Office ("USPTO") for the mark "ZOO MANIA®" on September 26, 1996

-4-

for classification 028, and on November 18, 1997, Rice was granted

Registration No. 2,113,925  for the trademark "ZOO MANIA®".  This

registration is valid, subsisting and un-canceled.  A copy of the certificate of

registration is attached, marked Exhibit "1", and incorporated by reference.

## 10.

In accordance with the provisions of 15 USC 1111, Rice's trademark,

as displayed on Rice's board games, card games and accessories, is

accompanied by the letter ® enclosed within a circle to provide notice that

the trademark has been registered.

## 11.

Rice has built his image and product line on the foundation of board

games, card games, and accessories with the "ZOO MANIA®" and

"ZOO®"  theme.

## 12.

Rice has sold playthings to over 100 Zoo gift shops nationwide, in

addition to thousands of specialty stores and a variety of mass market

retailers, one such being Barnes & Noble.

## 13.

Since June 1, 1996  Rice has been the manufacturer of "ZOO

MANIA®" products.  Since, on or about June 1, 1996, the products have
been sold under the trademark "ZOO MANIA®".

## 14.

Rice was the first person to use the trademark "ZOO MANIA®" or
any trademark similar to it, in association with board games, card games,
and accessories under the classification 028, otherwise known as "games
and playthings".  As a result of the continued sale by Rice of products
under the trademark "ZOO MANIA®" since on or about June 1, 1996, the
trademark has become widely known and Rice has become identified in the
public mind as the manufacturer of the products  to which it is applied.

## 15.

As a result of the long experience, care and skill of Rice in producing
products under the trademark "ZOO MANIA®", it has not only become
widely known, but has also acquired a reputation for excellence.

## 16.

Plaintiff has built up and now has valuable good will connected with
its business, and this good will is symbolized by Rice's trademark.

## 17.

Rice has widely advertised and promoted in interstate commerce its

-6-

products, identified by the above-mentioned trademark, expending substantial sums in such advertising and promotion.

### 18.

On or about June 12, 2006, the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  began selling a product "ZOO MANIA™" to vendors nationwide.

### 19.

In 2009, long after the adoption and widespread use of the trademarks by Rice, and long after the trademarks had been registered in the United States Patent and Trademark Office, the defendants Brand Imports, Desert Sky, Dax Logue, and Lauri Logue  with intentional disregard of plaintiff's rights, began the manufacture, distribution and sale in interstate commerce of playthings under the name that is exact to that of Rice, namely, "ZOO MANIA".  A representation of the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  product named "ZOO MANIA" is attached, marked Exhibit 2, and incorporated by reference.

### 20.

For many years prior to the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  activities complained of herein, the defendants

-7-

Brand Imports, Desert Sky, Dax Logue and Lauri Logue  have known of the use of Rice's trademarks to identify Rice's marketing of games and playthings, and the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  have had constructive notice under 15 USC 1072 of Rice's claim of ownership of Rice's trademarks for the products specified in the United States registrations.

## 21.

By the use of the name "ZOO MANIA", the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  are misleading the public into believing that Defendant's product is manufactured by Rice, thereby depriving Rice of the benefit of the good will attached to Rice's product.

## 22.

The use of the mark "ZOO MANIA" by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  is likely to induce persons to buy, use and recommend the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  products when instead they intend to buy, use, and recommend Rice's products.  Such deception and mistake will cause great damage to Rice and erode the good will that Rice has developed.

**23.**

In selecting and using the word "ZOO MANIA" in connection with
the sale, offering for sale, distribution, advertising, and promotion of
playthings, the defendants Brand Imports, Desert Sky, Dax Logue and Lauri
Logue  have acted and are acting with the purposes of taking the benefit of
the favorable reputation and valuable good will which Rice has established
in its trademarks, and causing the products and business of the defendants
Brand Imports, Desert Sky, Dax Logue and Lauri Logue  to be palmed off as
made, authorized, sponsored, or endorsed by or otherwise connected with
Rice.

**24.**

Rice is informed and believes, and based on such information and
belief alleges, that the use by the defendants Brand Imports, Desert Sky,
Dax Logue and Lauri Logue  of Rice's trademark was, and is, deliberate,
and that the defendants Brand Imports, Desert Sky, Dax Logue and Lauri
Logue  have used and continue to use Rice's trademark for the purpose of
giving the defendants Brand Imports, Desert Sky, Dax Logue and Lauri
Logue  products consumer appeal and salability, by usurping Rice's own

-9-

reputation and good will, which the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  playthings otherwise would not have.

**25.**

The  defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  use of the above name "ZOO MANIA" on its products is likely to deceive purchasers as to the source of  the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue goods, in that the trade and the public are likely to believe that the goods sold by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  originate with Rice or with a business which has a legitimate connection with Rice.

**26.**

The  defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  use of "ZOO MANIA" on playthings constitutes infringement of Rice's trademark.

**27.**

As a result of the infringement of Rice's trademark, Rice has been damaged in the amount of the profits realized by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  from the sale of the playthings under the name "ZOO MANIA".

-10-

**28.**

On November 10, 2009, Rice notified the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  in writing that the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  were infringing on Rice's trademark, and demanded that the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  cease using the trademark "ZOO MANIA" in association with playthings.  Despite Rice's written demand that the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue discontinue use of the imitation of Rice's trademark "ZOO MANIA", the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  have refused to comply with this request; at present, the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  continues to use the imitation of Rice's trademark in the marketing of playthings.

**29.**

This action arises under the Trademark Act of 1946 (15 USC 1051 et seq.), and particularly under Sections 32, 34, and 35 of the Act (15 USC 1114, 1116, 1117), as more fully appears in this complaint.

**30.**

The acts of the defendants Brand Imports, Desert Sky, Dax Logue and

-11-

Lauri Logue  constitute unfair competition and an infringement of Rice's common-law rights in the mark "ZOO MANIA".

## 31.

The exact amount of profits made by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  as a result of Defendant's infringement of Rice's trademark is unknown to Rice and cannot be ascertained without an accounting.

## 32.

The infringement by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  of Rice's trademark, as described above, is causing irreparable injury to Rice's trade, business reputation and good will.  The infringement by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  of Rice's trademark will continue to cause injury and expense to Rice unless the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  is restrained by order of this Court from further infringement of Rice's trademark.

## 33.

On information and belief, Rice alleges that the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  intend to continue and

expand the uses of the name "ZOO MANIA" in the United States.

**34.**

Rice has been seriously damaged by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue activities complained of herein, and unless the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue activities complained of herein are preliminarily and permanently enjoined, Rice and its good will and reputation will suffer irreparable injury of an insidious and continuing sort that cannot be adequately calculated or compensated in money damages.

**35.**

Unless the injunction sought in this action is granted, the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  will continue to infringe on Rice's trademark and cause irreparable injury to Rice from loss of profits and deprivation of the benefit of the good will that is attached to Rice's trademark.

**36.**

Rice has no plain, speedy or adequate remedy at law.

-13-

## COUNT I

## TRADEMARK INFRINGEMENT

Paragraphs 1 through 36 are incorporated herein by reference as though fully set forth here.

### 37.

Defendant's aforesaid acts constitute trademark infringement in violation of the Federal Trademark Act of 1946, specifically 15 USC 1114 (1), and of Plaintiff's trademark rights at common law.

## COUNT II

## UNFAIR COMPETITION

Paragraphs 1 through 37 are incorporated herein by reference as though fully set forth here.

### 38.

Defendant's aforesaid acts constitute unfair competition with Plaintiff in violation of Plaintiff's rights at common law.

## COUNT III

## VIOLATIONS OF 15 USC 1125(a)

Paragraphs 1 through 38 are incorporated herein by reference as though fully set forth here.

-14-

**39.**

Defendant's aforesaid acts constitute a false designation of origin and false representation of goods introduced into interstate commerce, in violation of the Federal Trademark Act of 1946, specifically 15 USC 1125(a).

**COUNT IV**

**DILUTION**

Paragraphs 1 through 39 are incorporated herein by reference as though fully set forth here.

**40.**

The Defendant's aforesaid acts are likely to cause injury to the business reputation of Rice and to dilute the distinctive quality of Plaintiff's trademark and trade name in violation of the anti-dilution statute, 10-1-451 (b), of the State of Georgia.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays as follows:

a.      The defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  be required, pursuant to 15 USC 1117, to account to Rice for

-15-

all profits realized by it as a result of the above-described trademark infringement;

b.     The  defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  pay over to Rice all the profits realized by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue   from sales of the playthings under the name "ZOO MANIA" or any imitation of Rice's trademark;

c.     Rice receives from the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  all damages sustained by Rice as a result of the infringement by the defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  of Rice's trademark, as provided by 15 USC 1117;

d.     The  defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  , and Defendant's servants and agents, be enjoined during the pendency of this action, and permanently thereafter, from selling, or offering for sale, in the United States or foreign countries, playthings bearing the trademark "ZOO MANIA®" or any imitation of Rice's trademark;

e.     The  defendants Brand Imports, Desert Sky, Dax Logue and Lauri Logue  be required to deliver to Rice, or to such person as the Court

-16-

may designate, all playthings, sales flyers, packages, and advertisements in

the possession of the defendants Brand Imports, Desert Sky, Dax Logue and

Lauri Logue , bearing the mark "ZOO MANIA" or any imitation of the

mark "ZOO MANIA", for destruction;

     f.    Rice have and recover from the defendants Brand Imports,

Desert Sky, Dax Logue and Lauri Logue  treble the damages sustained by

Rice, as provided by 15 USC 1117.

     g.    Rice receive his costs incurred in this action;

     h.    Rice receive such other and further relief as may be just and

proper; and

     i.    Demand for a jury trial.

DATED this 20 day of November, 2009.

MARK RICE, Pro Se Plaintiff
d/b/a Games To Remember
785 Olde Clubs Drive
Alpharetta, Georgia  30022
(770) 645-5545

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,113,925

Registered Nov. 18, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## ZOO MANIA

RICE, MARK (UNITED STATES CITIZEN)
5025 HYDE COURT
CUMMING, GA 30130

FOR: EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-1996; IN COMMERCE 6-1-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ZOO", APART FROM THE MARK AS SHOWN.

SER. NO. 75–179,296, FILED 9–26–1996.

KATHLEEN COONEY-PORTER, EXAMINING ATTORNEY

**EXHIBIT 1**



**BRAND VENDING PRODUCTS**








Have you been to the Aquarium lat

| Home | About | Bulk | Flat | Plush | Machines | Finance | Candy Cra |
| Promotions | Redemption Products | Test Reports | YouTube | Terms & Conditions | Directions | Brand Events | Internati Distribu |

**BRAND MEMBERS**  USERNAME: [ ]  PASSWORD: [ ]  [ LOGIN ]  Create Acco



## » Top Selling Bulk Products



**1. Waxie Sticks**
Soft, moldable, flexible and fun! And of course, non toxic!



**2. Sea Mania2**
Soft, colorful, cuddley little sea animals!!

**3. Giant Zoo Mania Gold Special Edition**
Giant Zoo Mania Gold Special Edition animals NEW!!!

**4. Rings4 Acrylic Rings**
Acrylic Rings NEW!!!

**5. Friendship Rings**
Color Metal & Acrylic Rings NEW!!!




**EXHIBIT  2**



**BRAND VENDING PRODUCTS**



## Have you been to the Zoo lately

| Home | About | Bulk | Flat | Plush | Machines | Finance | Candy Cr |
| Promotions | Redemption Products | Test Reports | YouTube | Terms & Conditions | Directions | Brand Events | Internet Distribu |

**BRAND MEMBERS**

USERNAME: [ ]  PASSWORD: [ ]  [ LOGIN ]  Create Acco

**BRAND**

»» An inter Goodma Magazin
»» A little I
»» An inter
»» Making
»» Brand V Facility











42 million sold and counting!

**OUR LITTLE ZOO MANIA ANIMALS ARE ALL GROWN UP! NOW IN 2 INCH GIANT SIZE!**



### »» Top Selling Bulk Products



**1. Waxie Sticks**
Soft, moldable, flexible and fun! And of course, non toxic!



**2. Sea Mania2**
Soft, colorful, cuddley little sea animals!!

**3. Giant Zoo Mania Gold Special Edition**
Giant Zoo Mania Gold Special Edition animals NEW!!!

**4. Rings4 Acrylic Rings**
Acrylic Rings NEW!!!

**5. Friendship Rings**
Color Metal & Acrylic Rings NEW!!!

